## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 BANKRUPTCY |
| | ) | |
| SECOND PROGRESSION LLC, | ) | CASE NO. 19-01253 |
| | ) | |
| DEBTOR. | ) | **MOTION FOR EXCUSAL WITH COMPLIANCE BY NAI OPTIMUM N/K/A CUSHMAN & WAKEFIELD WITH 11 U.S.C. SECTION 543(a)(b)** |

COMES NOW NAI Optimum n/k/a Cushman & Wakefield, through counsel, and respectfully states as follows, to-wit:

1. NAI Optimum was appointed as a Receiver in a foreclosure case pending in the Iowa District Court in and for Linn County, Case No. EQCV088053, on June 20, 2017.

2. NAI in its capacity as Receiver has managed since its appointment the Town Centre buildings and a separate building owned by the Debtor, Second Progression, LLC located at the intersection of 3rd Avenue and 6th Street.

3. NAI, as the Receiver, has filed monthly reports detailing its activities with regard to the collection of rents and included with each accounting a check register reflecting all debits and credits to the account for the property owned by the Debtor.

4. 11 U.S.C. Section 543 requires the turnover of property "…accept such action as is necessary to preserve such property." 11 U.S.C. Section 543(c) provides that the Court, after notice and a hearing, shall protect all entities to which a custodian has become obligated with respect to such property or proceeds, product, offering, **rents** or profits of such property;

(emphasis added).

5. NAI Optimum n/k/a Cushman & Wakefield requests after notice and opportunity for hearing that the Bankruptcy Court enter such orders as are necessary to direct the activities of the Receiver in the context of using the rents collected from the building owned by the Debtor to pay bills and expenses associated with the property.

6. This Court has jurisdiction over this matter pursuant to 11 U.S.C. §105, §362, §543, §1301, 28 U.S.C. §157, §1334, the 1984 Bankruptcy Amendment and Federal Judgeship Act and the 1986 Bankruptcy Amendment and Federal Judgment Act, the 1986 Bankruptcy Judge's U.S. Trustee and Family/Farmer Bankruptcy Act, the Bankruptcy Judgeship Act of 2005 and The Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 to the extent applicable to this case. This Court also has jurisdiction by virtue of the Debtor's filing of a Chapter 11 bankruptcy Petition under Title 11 on or about September 11 or September 12, 2019.

WHEREFORE, the Receiver respectfully requests of the Court after notice and opportunity for hearing enter such orders as the Court deems appropriate in the premises with regard to the turnover obligations of the custodian found at 11 U.S.C. Section 543 and enter such orders as the Court deems just and proper under the premises.

Respectfully submitted,

H. Raymond Terpstra II  AT0007866
TERPSTRA & EPPING
3600 First Avenue NE, Suite 101
Cedar Rapids, IA   52402
Phone: (319) 364-2467
Fax:    (319) 364-0923
Email:  rterpstra@tewlaw.net

C:\Share\Client e files 1-1-11\NAI Optimum - Deutsche Bank v. Second Succession, et al\Second Progression, LLC BK (19-01253)\Motion for Excusal with Compliance by NAI with 11 U.S.C. Section 543(a)(b).doc

2

ATTORNEY FOR IOWA COMMERCIAL
ADVISORS, LLC d/b/a CUSHMAN &
WAKEFIELD IOWA COMMERCIAL ADVISORS
f/k/a RRC DES MOINES, LLC d/b/a NAI
OPTIMUM

C:\Share\Client e files 1-1-11\NAI Optimum - Deutsche Bank v. Second Succession, et al\Second Progression, LLC BK (19-01253)\Motion for Excusal with Compliance by NAI with 11 U.S.C. Section 543(a)(b).doc

3

## CERTIFICATE OF SERVICE

I hereby certify that on ____September 16____, 2019, I electronically filed the foregoing document with the Clerk of Court using the ECF system, which will send notification of such filing to those registered to receive ECF notifications and being sent out via U.S. Mail to:

Second Progression, LLC
600 3rd St.
201 3rd Ave.
Cedar Rapids, IA 52401
*Debtor*

I certify under penalty of perjury that the foregoing is true and correct.

Executed on ____9-16-19____        ____[signature]____
                (Date)                    (Signature)

C:\Share\Client e files 1-1-11\NAI Optimum - Deutsche Bank v. Second Succession, et al\Second Progression, LLC BK (19-01253)\Motion for Excusal with Compliance by NAI with 11 U.S.C. Section 543(a)(b).doc

4