Official Form 420A (Notice of Motion or Objection) (12/16)

# United States Bankruptcy Court

Northern District of Iowa

In re  Second Progression LLC                                                     )
                              Debtor                                  )
                                                                                )   Case No.
                                                                                )   _19:01253_
Address    600 3rd Ave.                                                            )
               Cedar Rapids, Iowa 52401                                       )
                                                                                )   Chapter 11
Employer's Tax Identification (EIN) No(s).(if any):  46-4165017  )

## NOTICE OF MOTION TO AMEND THE CHAPTER 11 CASE TO A CHAPTER 7.

The Debtor's **Chapter** 11 case was filed as a Chapter 11 by mistake to a Chapter 7 Case as originally intended. The Debtor's sister Company, Second Succession, LLC, filed a Chapter 7 Case in this Court on September 13, 2019 as Case Number 19:01272. A Voluntary Petition for Chapter 7 relief is attached to this filing as well as a Creditor Matrix and a list of the 20 Largest Creditors.

Date: __9/18/2019_____                               Signature: s/Mark Critelli _____
                                                                                                  Name: _Mark Critelli _____
                                                                                                   Address: 2924 104th Street

                                                                                                   Urbandale, Iowa 50322

                                                                                                   Phone (515) 255-8750

                                                                                                   Email:  Critelllawfirm@gmail.com