IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: Second Progression LLC | ) Case No. 19: 01253 <br> ) <br> ) MOTION TO CONVERT OR <br> ) AMEND THE DEBTOR'S CASE <br> ) TO A VOLUNTARY CHAPTER <br> ) 11 AND TO ACCEPT THE <br> ) PETITION FILED HEREWITH <br> ) |

COMES NOW, the Debtor by and through its undersigned attorney and respectfully requests the Court to permit its Motion to Amend or Convert to a Voluntary Chapter 11 case.

Original filed by Efiling

_/s/Mark A. Critelli_
Critelli Law Firm PC
AT00001868
Critelli Law Frim
P.C. 2924 104th
Urbandale, Iowa 50322
(515) 255-8750
(515) 255-0906 (fax)
mark@critellilawfirm.com
ATTORNEY FOR DEBTOR ROSCOE

Dismissal

Dismissal